JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA SAPP, | ) | Case No. 2:15-cv-08828 AB(KSx) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-08828 AB(KSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 30, 2015

_____
HON. ANDRÉ BIROTTE JR.
United States District Court Judge

146920.1